## SOPEL *v.* WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 103, September Term, 1963.]

*Decided January 28, 1964.*

Before HENDERSON, HAMMOND, PRESCOTT, HORNEY and MARBURY, JJ.

PER CURIAM.

Application for leave to appeal from a denial of post conviction relief is denied upon the findings of fact and for reasons assigned by Judge Foster in the court below.

*Application denied.*